# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00459-CR

---

### Ex parte Robert Joseph Yezak, Appellant

---

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### NO. FR82355, THE HONORABLE DEBBIE GARRETT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Robert Joseph Yezak was charged with the third-degree felony offense of driving while intoxicated third or more. Tex. Penal Code §§ 49.04, .09(b)(2). After his bond was revoked for failing to comply with the bond conditions, he filed a pretrial application for writ of habeas corpus seeking to be released on a personal bond. After holding a hearing, the trial court denied relief. Yezak appeals this ruling.

While this appeal was pending, the State moved to dismiss the charged offense in this case pursuant to a plea bargain in which Yezak pleaded guilty in a separate case. The trial court granted that motion and signed an order dismissing the underlying cause. Thus, Yezak is no longer subject to pretrial confinement for the charged offense and the appeal of the trial court's ruling on his pretrial application for writ of habeas corpus has been rendered moot. *See Ex Parte Sewell*, 495 S.W.3d 54, 55 (Tex. App.—Houston [14th Dist.] 2016, no pet.) (dismissing habeas appeal after State dismissed underlying charge in exchange for guilty plea in separate

case); *see also Martinez v. State*, 826 S.W.2d 620 (Tex. Crim. App. 1992) (dismissing petition for discretionary review of denial of bond reduction after habeas applicant was convicted of underlying offense because he was "no longer subject to pre-trial confinement"). We therefore lack jurisdiction to consider this appeal. *See Hung Dasian Truong v. State*, 580 S.W.3d 203, 211 (Tex. App.—Houston [1st Dist.] 2019, no pet.) (dismissing for lack of jurisdiction when appeal became moot). We dismiss the appeal for lack of jurisdiction.

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, Theofanis

Dismissed for Want of Jurisdiction

Filed:   April 3, 2026

Do Not Publish